

**IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS**
**CIVIL DIVISION**

**KIMBERLY HOLT**                                                                 **PLAINTIFF**

**V.**                                    No. 18CV-23- 367

**TREVOR JOYNER, JR., and**
**COUSIN'S OIL COMPANY, LLC**                                      **DEFENDANTS**

<u>**COMPLAINT**</u>

Comes the Plaintiff, Kimberly Holt, by and through her attorneys, Taylor King &

Associates, P.A., and for her complaint against the Defendants, Trevor Joyner, Jr. and Cousin's

Oil Company, LLC, alleges and states:

1. The Plaintiff is a resident of Jonesboro, Craighead County, Arkansas.

2. The Defendant Cousin's Oil Company, LLC is a Mississippi corporation with a principal

place of business in Holly Springs, Marshall County, Mississippi. The registered agent of

Cousin's Oil Company, LLC is Shane Strickland and can be served at 621 Highway 7 South,

Holly Springs, Mississippi.

3. The Defendant Trevor Joyner, Jr. is a resident of Waterford, Marshall County,

Mississippi.

4. The events giving rise to this cause of action occurred in Crittenden County, Arkansas.

5. The facts giving rise to this case occurred within the three years last past.

6. That this honorable Court has jurisdiction over the parties and subject matter of this cause

of action



7.   That on or about March 19, 2021, at approximately 5:58 a. m., the Plaintiff was operating a 2018 Nissan Altima traveling northbound on I-55 in the inside lane. At the same time and place, the Defendant, Trevor Joyner, Jr., was operating a 2016 Freightliner Semi traveling northbound on I-55 in the middle lane. As the Plaintiff legally and cautiously was driving, the Defendant, Trevor Joyner, Jr., negligently and carelessly came over onto her and his trailer struck the Plaintiff, Kimberly Holt's vehicle on the passenger side. As a result of the negligent acts of the Defendant, Trevor Joyner, Jr., the Plaintiff, Kimberly Holt, sustained damages more specifically described hereinafter.

8.   At all times relevant herein, Defendants had a duty to operate their tractor trailer vehicle in a reasonable manner for the safety of other motorists on the roadway including the Plaintiff.

9.   The Defendant, Trevor Joyner, Jr., committed acts and omissions constituting negligence which were a proximate cause of the damages and injuries sustained by the Plaintiff, Kimberly Holt. Specific Acts and omissions include, but are not limited to, the following:

       i.       Failing to keep a proper lookout;

      ii.       Failing to keep his vehicle under proper control;

     iii.       Driving at a speed greater than was reasonable under the circumstance;

      iv.       Failing to yield the right of way to the Plaintiff's vehicle;

      v.       Improper lane change;

      vi.       Making an improper lane usage;

     vii.       Carelessly operating his vehicle; and

    viii.       Otherwise failing to exercise ordinary care under the circumstances.

10. At the time of this collision of March 19, 2021, the Defendant, Trevor Joyner, Jr., was an agent, servant or employee of the Defendant, Cousin's Oil Company, LLC, operating within the

scope of his employment or agency, and any negligence on the part of Defendant, Trevor Joyner, Jr., is imputed by law to the Defendant, Cousin's Oil Company, LLC, which is vicariously liable.

11. As a result of the negligence of the Defendants, Trevor Joyner, Jr., and Cousin's Oil Company, LLC, the Plaintiff, Kimberly Holt, sustained painful and permanent personal injuries, incurred medical expenses in the past and will incur medical expenses in the future, underwent pain, suffering and mental anguish in the past and will continue to undergo pain, suffering and mental anguish in the future, suffered a loss of working time in the past and will continue to sustain a loss of working time and earning capacity in the future. The Plaintiff sustained property damages.

WHEREFORE, the Plaintiff, Kimberly Holt, prays for a judgement of and from the Defendants, Trevor Joyner, Jr., and Cousin's Oil Company, LLC, jointly and severally for an amount of money adequate to compensate her for the damages she has sustained with set amount of damages being in excess of that required for federal court jurisdiction in diversity of citizenship cases. The Plaintiff further prays for costs, interest and all other just and proper relief to which she may be entitled. The plaintiff further prays that she be granted a jury trial.

Respectfully submitted,

Taylor King & Associates, P.A.
320 Main Street
Arkadelphia, AR 71923
(870) 246-0505

/s/ Russell Marlin_____
Russell Marlin, Bar No. 2000107