# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**KIMBERLY HOLT**                                                              **PLAINTIFF**

v.                              No. 2:23-cv-126-DPM

**TREVOR JOYNER, JR. and
COUSIN'S OIL COMPANY, LLC**                                   **DEFENDANTS**

## JUDGMENT

Holt's complaint is dismissed without prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 March 2024